# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GAEA M. MORRIS,<br>    Plaintiff, | : <br> : <br> : | Case No. 1:17-cv-457 <br><br> Judge Timothy S. Black |
| vs. | : <br> : | |
| DURBAN'S GREENHOUSES, INC.,<br>    Defendant. | : <br> : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Stephanie K. Bowman that this case settled in her presence;

It is **ORDERED** that all claims in this action are **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown, move to reopen the action if settlement is not consummated by December 31, 2018.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date:     10/31/18               /s/ *Timothy S. Black*
                                 Timothy S. Black
                                 United States District Judge